IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lane, Michael J

Printed: 10/7/08

Case Number: 06 B 01136
Judge: Hollis, Pamela S
Filed: 2/9/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 25, 2008
Confirmed: April 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,190.00 |  |
| Secured: |  | 7,855.12 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,797.72 |
| Trustee Fee: |  | 537.16 |
| Other Funds: |  | 0.00 |
| Totals: | 10,190.00 | 10,190.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nicole G Lawson | Administrative | 2,189.00 | 1,797.72 |
| 2. | Americredit Financial Ser Inc | Secured | 8,252.00 | 7,855.12 |
| 3. | Americredit Financial Ser Inc | Unsecured | 391.62 | 0.00 |
| 4. | Felixaberta Sampson & Edith Johnson | Unsecured | 246.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 36.23 | 0.00 |
| 6. | Capital One | Unsecured | 180.40 | 0.00 |
| 7. | Bank One | Unsecured |  | No Claim Filed |
| 8. | H H Bank | Unsecured |  | No Claim Filed |
| 9. | Aspen National Collection | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,295.25 | $ 9,652.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 81.29 |
| 5% | 59.40 |
| 4.8% | 114.05 |
| 5.4% | 256.68 |
| 6.5% | 25.74 |
|  | $ 537.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lane, Michael J

Printed:  10/7/08

Case Number:  06 B 01136
Judge:  Hollis, Pamela S
Filed:  2/9/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

